UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP C. ROGERS,

        Plaintiff,

v.

WATER STONE CONNECT et al.,

        Defendants.
_____/

Case No. 1:18-cv-01112-JTN-ESC

HON. JANET T. NEFF

NOTICE OF DISMISSAL OF PARTY

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby gives notice of the immediate dismissal from this action, *without prejudice*, of defendant Water Stone Connect.

Dated: November 7, 2018

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com