UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP C. ROGERS,

        Plaintiff,

v.

Case No. 1:18-cv-01112-JTN-ESC

HON. JANET T. NEFF

WATER STONE CONNECT et al.,

        Defendants.
_____/

NOTICE OF DISMISSAL OF SOME PARTIES

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby gives notice of the immediate dismissal from this action, defendants Global DS Group, LLC, Allerand Capital, LLC and Edward Charles Welke, all without prejudice.

Dated: February 4, 2019

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com