UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP C. ROGERS,

        Plaintiff,

v.

WATER STONE CONNECT et al.,

        Defendants.
_____/

Case No. 1:18-cv-01112-JTN-ESC

HON. JANET T. NEFF

## NOTICE OF SETTLEMENT

Plaintiff and defendant Go Green Media, LLC have reached a settlement in this action and respectfully request that the Court allow these parties until March 6, 2019 to file a stipulation for the dismissal of Go Green Media, LLC so that these parties may have sufficient time to effectuate the terms of their settlement.

The only defendants that remain in this action are Chase Inc., Chase Ideas Inc. and Mitchell Chase Gassert.

Dated: February 4, 2019

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com