UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP C. ROGERS,

        Plaintiff,

v.

WATER STONE CONNECT et al.,

        Defendants.
_____/

Case No. 1:18-cv-01112-JTN-ESC

HON. JANET T. NEFF

### NOTICE OF DISMISSAL OF DEFENDANT GO GREEN MEDIA, LLC

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby gives notice of the immediate dismissal from this action of defendant Go Green Media, LLC, with prejudice.

Dated: February 26, 2019

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com