UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP C. ROGERS,

                  Plaintiff,

v.

WATER STONE CONNECT et al.,

                  Defendants.

_____/

Case No. 1:18-cv-01112-ESC

HON. ELLEN S. CARMODY

NOTICE OF SETTLEMENT

All remaining parties in this matter have agreed to a settlement. In order to effect the terms of settlement, the parties respectfully request that the Court allow the parties until November 20, 2019 to file dismissal documents in this matter.

Dated: September 12, 2019

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Plaintiff
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com