UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP C. ROGERS,

      Plaintiff,

Case No. 1:18-cv-01112

HON. SALLY J. BERENS

WATER STONE CONNECT et al.,

      Defendants.
_____/

STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), plaintiff Phillip C. Rogers and defendants Chase Inc., Chase Ideas Inc. and Mitchell Chase Gassert, being all of the parties appearing and remaining in this action, stipulate to the immediate dismissal of this action, with prejudice, as to all defendants.

Dated: November 22, 2019

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Plaintiff
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
consumerlawyer@aol.com

Dated: November 22, 2019

/s/ David Edward Szostek
David Edward Szostek (P78171)
Edward Allen Law PLLC
Attorneys for Defendants Chase Inc.,
Chase Ideas Inc. and Mitchell Chase Gassert
4829 E. Beltline Ave. NE, Ste. 103 (Bldg. 1)
Grand Rapids, Michigan 49525
(616) 226-8002
dave@edwardallenlaw.com