UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP C. ROGERS,

      Plaintiff,                           Case No. 1:18–cv–1112

v.                                      Hon. Sally J. Berens

CHASE INC., et al.,

      Defendants.
_____/

## ORDER

    Upon review of the stipulation filed by the parties (ECF No. 34), this case is dismissed with prejudice against all defendants.

    IT IS SO ORDERED.

Dated:  November 22, 2019                        /s/ Sally J. Berens
                                                          SALLY J. BERENS
                                                          U.S. Magistrate Judge